# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KELVIS SMITH, <br><br> Defendant. | DOCKET NUMBER 3:12-CR-238 |

## ORDER ON DEFENDANT'S AMENDED MOTION FOR REFUND OF OVERPAYMENT OF FUNDS TO CLERK OF COURT

A motion having been duly brought before this Court for an order directing the Clerk of Court to refund any overpayment of restitution in this matter by the Defendant, and the Court having considered the same, the Court finds that the United States District Clerk of Court shall refund the overpayment of restitution in this matter.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Clerk shall refund the overpayment of $6,878.44 directly to the Defendant by check made out to the Defendant.

2. That the Clerk shall allow such check to be picked up by Laura M. Cobb, an associate with Defense Counsel's office.

3. That Defendant be required to serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

_____
Frank D. Whitney
Chief United States District Judge